[No. 7,154.—Department One.]

## CHARLES W. CRANE v. ALLEN I. GLADDING ET AL.

STATEMENT ON MOTION FOR NEW TRIAL—SPECIFICATIONS—STREET ASSESS-
MENT—PUBLICATION OF RESOLUTION OF INTENTION.

APPEAL from a judgment for defendants in the Third Dis-
trict Court of the County of Alameda, McKEE, J., and from
an order denying a new trial in the Superior Court of the
same county.   CRANE, J.

There appears in the transcript a specification of particu-
lars of insufficiency of evidence, signed by the plaintiff's at-
torney, and following the certificate of the judge to the state-
ment, and indorsed filed as of the same date.

*F. M. Husted,* for Appellant.

*W. H.* and *J. R. Glascock,* for Respondent.

The COURT:

Appeal from the judgment in a street assessment case, and
from the order denying a motion for a new trial.   The notice
of intention designated that the motion would be made upon
the pleadings and a statement of the case, and upon the
grounds that the evidence was insufficient to justify the de-
cision, and that the decision is against law.

But the alleged statement, as settled and filed, contained no
specification of particulars in which the evidence was deemed
insufficient, nor any specification of particular errors of law
occurring at the trial and excepted to by the appellant; it
must, therefore, be disregarded.   And as the Court below
found that there was no publication of the resolution of in-
tention according to law, there is no prejudicial error in the
judgment roll.

Judgment and order affirmed.